IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | 1:11-cr-00088 |
| TAHARA NICOLE GAINEY, ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, Elizabeth A. Blackwood, a member in good standing in the State of North Carolina and admitted to practice before this Court, does hereby enter her appearance as local counsel in the above captioned matter.

Respectfully submitted,

s/ Elizabeth A. Blackwood
Elizabeth A. Blackwood
Attorney for Tahara Gainey
N.C. Bar No. 40664
National Association of Criminal Defense Lawyers
1600 L Street NW, 12th Floor, Washington, DC 20036
Washington, D.C. 20036
(202) 465-7665
eblackwood@nacdl.org

DATE: August 1, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Angela Hewlett Miller
OFFICE OF U. S. ATTORNEY
101 South Edgeworth Street, Fourth Floor
Greensboro, NC 27401
Email: Angela.Miller@usdoj.gov

        s/ Elizabeth A. Blackwood
        Elizabeth A. Blackwood
        Attorney for Tahara Gainey
        N.C. Bar No. 40664
        National Association of Criminal Defense Lawyers
        1600 L Street NW, 12th Floor, Washington, DC 20036
        Washington, D.C. 20036
        (202) 465-7665
        eblackwood@nacdl.org

2

Case 1:11-cr-00088-WO   Document 91   Filed 08/01/23   Page 2 of 2