IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| United States of America, | No. 1:11-cr-00088-WO |
| Plaintiff, | **Notice of Special Appearance** |
| v. | |
| Tahara Nicole Gainey, | |
| Defendant. | |

Please take notice that Alison K. Guernsey, of the University of Iowa College of Law Clinical Programs, hereby enters a notice of special appearance as counsel for Mx. Tahara Gainey in the above-captioned case. Elizabeth Blackwood will serve as associate counsel. *See* L. Cr. R. 57.1; L.R. 83.1.

DATED: August 1, 2023

/s/ *Alison K. Guernsey*
Alison K. Guernsey
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52245
(319) 335-9092
alison-guernsey@uiowa.edu
NY Bar #4667366
Attorney for Mx. Gainey

/s/ *Elizabeth A Blackwood*
Elizabeth A. Blackwood
NACDL
1660 L Street NW, 12th Floor
Washington, DC 20036
(202) 465-7665
eblackwood@nacdl.org
NC Bar # 40664
Local Civil Rule 83.1(d) Counsel

**Certificate of Service**

I hereby certify that on August 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such

1

filing to the following: U.S. Attorney's Office.

*s/ Alison K. Guernsey*
Alison K. Guernsey
Clinical Professor
Special Appearance